FILED

09/20/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0114

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0114

_____

IN RE THE MATTER OF THE ESTATE OF:

C. PATRICIA FIELD,

    Deceased.


SCOTT FIELD,

        Appellant,

   v.

ESTATE OF C. PATRICIA FIELD
and GREG FIELD,

        Appellees and Cross-Appellants.

O R D E R

_____


Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Christopher D. Abbott, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 20 2023